IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALYCE R. PAYNE, WILLIAM FRENCH, KAREN MICHAELS, and LORNA HARRIS, on Behalf of Themselves and all Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>*Defendant*. | CIVIL ACTION NO. 09-cv-00042 |

**NOTICE OF FILING OF MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. § 1407**

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 5, 2009, pursuant to 28 U.S.C. § 1407, Apple submitted for filing with the Judicial Panel on Multidistrict Litigation a motion for transfer and consolidation of this and eleven similar actions. Copies of the motion and supporting documents are attached hereto as Exhibits A, B, C, and D.

Defendant Apple Inc. files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial Panel for the purpose of informing the Court of the pendency of the proceedings before the MDL Panel and will keep the Court informed of further developments.

Dated: March 5, 2009

DON G. RUSHING
MORRISON & FOERSTER LLP

By: /s/ Don G. Rushing
    Don G. Rushing

*Attorneys for Defendant*
APPLE INC.

sf-2649268

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY** |
| 2 | (Fed. R. Civ. Proc. rule 5(b)) |

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection.

I further declare that on the date hereof I served a copy of:

**NOTICE OF FILING OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407 and CERTIFICATE OF SERVICE**

**MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**SEPARATE STATEMENT OF REASONS WHY ORAL ARGUMENT SHOULD BE HEARD IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**PROOF OF SERVICE**

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

sf-2652350

Certificate of Service

**See attached Service List**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Francisco, California, this 5th day of March, 2009.

| Tina Armaz | /s/ Tina Armaz |
|---|---|
| (typed) | (signature) |

sf-2652350  2

Certificate of Service

| | |
|---|---|
| 1 | Service List |
| | |

Alan Mansfield
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Rd., Suite 100
San Diego, CA 92131

*Attorneys for the Ashikian, Gillis, Keller, Medway, Pittman, Tanseco, and Walters Plaintiffs*

William J. Doyle II
John A. Lowther IV
DOYLE LOWTHER, LLP
9466 Black Mountain Rd., Suite 210
San Diego, CA 92126

*Attorneys for the Gillis, Keller, and Walters Plaintiffs*

David W. Hiden
Michael I. Rott
Eric M. Overholt
HIDEN, ROTT & OERTLE, LLP
2635 Camino del Rio South, Suite 306
San Diego, CA 92108

*Attorneys for the Gillis and Keller Plaintiffs*

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
1540 Broadway, 37th Floor
New York, NY 10036

*Attorneys for Plaintiff Walters*

Adam Plant
WHATLEY DRAKE & KALLAS LLC
2100 Park Place North, Suite 1000
Birmingham, AL 35203

*Attorneys for Plaintiff Walters*

Scott E. Poynter
Christopher D. Jennings
Gina M. Dougherty
Ryan J. Caststeel
EMERSON POYNTER, LLP
The Museum Center
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201

*Attorneys for Plaintiff Walters*

John G. Emerson
EMERSON POYNTER, LLP
830 Apollo Lane
Houston, TX 77058

*Attorneys for Plaintiff Walters*

Samuel P. Sporn
Frank R. Schirripa
Daniel B. Rehns
Jay P. Saltzman
SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

*Attorneys for Plaintiff Tanseco*

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501

*Attorneys for Plaintiff Pittman*

Daniel T. LeBel
Rosemary M. Rivas
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco 94104

*Attorneys for Plaintiff Ashikian*

sf-2652350                                3

Certificate of Service

| | | |
|---|---|---|
| 1 | Burton H. Finkelstein<br>Mila F. Bartos | Seth D. Rigrodsky<br>Brian D. Long |
| 2 | Karen J. Marcus<br>FINKELSTEIN THOMPSON LLP | Mark S. Reich<br>Joseph Russello |
| 3 | 1050 30th Street NW<br>Washington, D.C. 20007 | RIGRODSKY & LONG, P.A.<br>919 North Market Street, Suite 980 |
| 4 | | Wilmington, DE 19801 |
| 5 | *Attorneys for Plaintiff Ashikian* | *Attorneys for Plaintiff Koschitzki* |
| 6 | David Joshua Staub<br>Law Office of D. Joshua Staub | Joshua Farkas |
| 7 | PO Box 1914<br>Santa Monica, CA 90406 | STEIN FARKAS & SCHWARTZ LLP<br>1639 East 13th Street |
| 8 | | Brooklyn, New York 11229 |
| 9 | *Attorneys for Plaintiff Ashikian* | *Attorneys for Plaintiff Koschitzki* |
| 10 | Lionel Z. Glancy<br>Peter Arthur Binkow | Nadeem Faruqi |
| 11 | Mark L. Godino<br>GLANCY BINKOW & GOLDBERG LLP | FARUQI & FARUQI LLP<br>369 Lexington Avenue, 10th Floor |
| 12 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 | New York, New York 10017 |
| 13 | *Attorneys for Plaintiff Medway* | *Attorneys for the Gonzalez, Payne, and Ritchie Plaintffs* |
| 14 | | |
| 15 | W. Lewis Garrison, Jr.<br>Brian D. Hancock | Emily C. Komlossy<br>FARUQI & FARUQI LLP |
| 16 | Gayle L. Douglas<br>HENINGER GARRISON DAVIS, LLC | 3595 Sheridan Street, Suite 206<br>Hollywood, FL 33021 |
| 17 | 2224 First Avenue North<br>Birmingham, AL 35203 | *Attorneys for the Gonzalez Plaintiffs* |
| 18 | *Attorneys for the Smith Plaintiffs* | |
| 19 | | Roger F. Claxton<br>CLAXTON & HILL, PLLC |
| 20 | Haydn M. Trechsel<br>Edward S. Reisinger | 10000 N. Central Expressway,<br>Suite 725 |
| 21 | Jonathan Lee Kudulis<br>TRIMMIER LAW FIRM | Dallas, Texas 75231 |
| 22 | 2737 Highland Avenue<br>Birmingham, AL 35205 | *Attorneys for the Payne Plaintiffs* |
| 23 | | |
| 24 | *Attorneys for the Smith Plaintiffs* | Joseph J. DePalma, Esq.<br>Jennifer Sarnelli, Esq. |
| 25 | | LITE DEPALMA GREENBERG &<br>RIVAS, LLC<br>Two Gateway Center |
| 26 | | 12th Floor<br>Newark, NJ 07102 |
| 27 | | *Attorneys for Plaintiff Ritchie* |
| 28 | | |

sf-2652350      4

| | | |
|---|---|---|
| 1 | Lynn E. Parseghian<br>Kathleen T. Sooy | Evan M. Tager<br>Archis A. Parasharami |
| 2 | CROWELL & MORING LLP<br>1001 Pennsylvania Ave | Kevin Ranlett<br>MAYER BROWN LLP |
| 3 | Washington, DC 20004 | 1909 K Street Nw<br>Washington, DC 20006 |
| 4 | *Attorneys for Defendant AT&T Mobility LLC* | |
| 5 | | *Attorneys for Defendant AT&T Mobility LLC* |
| 6 | Steven David Greenblatt<br>CROWELL & MORING LLP | Alvin Davis<br>Tania Cruz |
| 7 | 153 E 53rd St<br>New York, NY 10022 | SQUIRE SANDERS & DEMPSEY LLP<br>200 S Biscayne Boulevard, 40th Floor |
| 8 | *Attorneys for Defendant AT&T Mobility LLC* | Miami, FL 33131-2398 |
| 9 | | *Attorneys for Defendant AT&T Mobility LLC* |
| 10 | | |
| 11 | | Timothy Francis Gavin<br>CARRINGTON COLEMAN SLOMAN &<br>BLUMENTHAL |
| 12 | | 901 Main Street, Suite 5500<br>Dallas, TX 75202 |
| 13 | | *Attorneys for Defendant AT&T Mobility LLC* |

sf-2652350

5