# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| Alyce R. Payne, William French, Karen Michaels, and Lorna Harris, on Behalf of Themselves and all Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 4:09-cv-00042-MHS-DDB |
| v. | ) ) | |
| APPLE INC. and AT&T MOBILITY LLC, | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF FILING OF MOTION OF
## AT&T MOBILITY LLC FOR § 1407 TRANSFER OF ACTIONS

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 5, 2009, pursuant to 28 U.S.C. § 1407, AT&T Mobility LLC submitted for filing with the Judicial Panel on Multidistrict Litigation a motion for transfer and consolidation of this action and eleven similar actions, styled *In re iPhone 3G Marketing Litigation*. Copies of the motion and supporting documents are attached as Exhibits.

Defendant AT&T Mobility LLC files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial Panel in order to notify the Court of the pendency of the proceedings before the Panel.  AT&T Mobility LLC will keep the Court informed of further developments.

Dated: March 5, 2009

Respectfully submitted,

**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL**

By:     /s/ Tim Gavin
Tim Gavin
  Texas State Bar No. 07769800
tgavin@ccsb.com
Tim Chastain
  Texas State Bar No. 24012417
tchastain@ccsb.com
901 Main St., Suite 5500
Dallas, TX  75202
Phone:  (214) 855-3012
Fax:  (214) 758-3712

Counsel for Defendant AT&T Mobility LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 5, 2009, a true and correct copy of the foregoing has been served on the parties in this case either by ECF notification or by United States First-Class Mail, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

        /s/ Tim Gavin