# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ALYCE R. PAYNE, WILLIAM FRENCH, KAREN MICHAELS, and LORNA HARRIS, on Behalf of Themselves and all Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC. and AT&T MOBILITY LLC, <br><br> *Defendant*. | CIVIL ACTION NO. 09-cv-00042 |

## NOTICE OF SECOND SUPPLEMENTAL FILING RELATING TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2009, in connection with the motion for transfer and consolidation of this and eleven similar actions that Apple filed with the Judicial Panel on Multidistrict Litigation (the "JPML") on March 5, 2009 pursuant to 28 U.S.C. § 1407, Apple submitted the following documents to the JPML:

- SECOND REVISED SCHEDULE OF PENDING ACTIONS; and
- PROOF OF SERVICE.

Copies of the documents are attached hereto as Exhibits A and B.

Defendant Apple Inc. files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial Panel for the purpose of informing the Court of the pendency of the proceedings before the MDL Panel and will keep the Court informed of further developments.

sf-2654953

Dated: March 11, 2009	DON G. RUSHING
	MORRISON & FOERSTER LLP


	By:  /s/ Don G. Rushing
	       Don G. Rushing

	       *Attorneys for Defendant*
	       APPLE INC.

sf-2654953