# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ALYCE R. PAYNE, WILLIAM FRENCH, KAREN MICHAELS, and LORNA HARRIS, on Behalf of Themselves and all Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>*Defendant*. | CIVIL ACTION NO. 09-cv-00042 |

## NOTICE OF SUPPLEMENTAL FILING RELATING TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 10, 2009, in connection with the motion for transfer and consolidation of this and eleven similar actions that Apple filed with the Judicial Panel on Multidistrict Litigation (the "JPML") on March 5, 2009 pursuant to 28 U.S.C. § 1407, Apple submitted the following revised documents to the JPML:

- REVISED SCHEDULE OF PENDING ACTIONS; and
- REVISED PROOF OF SERVICE.

Copies of the revised documents are attached hereto as Exhibits A and B.

Defendant Apple Inc. files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial Panel for the purpose of informing the Court of the pendency of the proceedings before the MDL Panel and will keep the Court informed of further developments.

sf-2654744

Dated: March 11, 2009
DON G. RUSHING
MORRISON & FOERSTER LLP

By: /s/ Don G. Rushing
    Don G. Rushing

*Attorneys for Defendant*
APPLE INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service on the 11th day of March 2009. Local Rule CV-5.

By: / s/ Don G. Rushing
      Don G. Rushing

sf-2654744