UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ALYCE R. PAYNE, WILLIAM FRENCH, KAREN MICHAELS, and LORNA HARRIS,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>　　　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:09-CV-42 |

## **NOTICE OF APPEARANCE OF CLYDE M. SIEBMAN**

Request is made that Clyde M. Siebman, Siebman, Reynolds, Burg, Phillips & Smith, LLP, be served electronically in this case and that his appearance as additional counsel for Defendant, Apple Inc., be noted.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SIEBMAN, REYNOLDS, BURG,
　　　　　　　　　　　　　　　　　　　　PHILLIPS & SMITH, LLP
　　　　　　　　　　　　　　　　　　　Federal Courthouse Square
　　　　　　　　　　　　　　　　　　　300 N. Travis
　　　　　　　　　　　　　　　　　　　Sherman, TX  75090
　　　　　　　　　　　　　　　　　　　(903) 870-0070
　　　　　　　　　　　　　　　　　　　(903) 870-0066 Telefax


　　　　　　　　　　　　　　　　　　　By: /s/ Clyde M. Siebman
　　　　　　　　　　　　　　　　　　　　　Clyde M. Siebman
　　　　　　　　　　　　　　　　　　　　　#18341600

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of March, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Clyde M. Siebman
Clyde M. Siebman