UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALYCE R. PAYNE, WILLIAM FRENCH, KAREN MICHAELS, and LORNA HARRIS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>　　　　　　　　　　Defendants. | § § § § § § § § § § § | Civil Action No. 4:09-CV-42 |

## **UNOPPOSED MOTION TO WITHDRAW COUNSEL FOR**

## **APPLE INC.**

Defendant Apple Inc. moves to withdraw Don G. Rushing as counsel for Apple Inc. Defendant Apple Inc. is currently represented by other counsel who has appeared in this case. This withdrawal will not delay these proceedings, and no prejudice will result to any party. Defendant further requests that all electronic notices of e-filing to Don G. Rushing be terminated in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant Apple Inc. prays that Don G. Rushing be allowed to withdraw as counsel for Apple Inc. in the above-styled matter, and that all electronic notices of e-filing to him in this case be terminated.

Respectfully submitted,

SIEBMAN, REYNOLDS, BURG,
  PHILLIPS & SMITH, LLP
Federal Courthouse Square
300 N. Travis
Sherman, TX  75090
(903) 870-0070
(903) 870-0066 Telefax


By: /s/ Clyde M. Siebman
    Clyde M. Siebman
    #18341600

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of April, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.


/s/ Clyde M. Siebman
Clyde M. Siebman