# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ALYCE R. PAYNE, WILLIAM FRENCH, KAREN MICHAELS, and LORNA HARRIS, on Behalf of Themselves and all Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC. and AT&T MOBILITY LLC,<br><br>    Defendants. | CIVIL ACTION NO. 09-cv-00042 |

## DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Apple Inc. ("Apple"), through its undersigned counsel, hereby certifies that Apple has no parent corporation and that, according to Apple's Proxy Statement filed with the United States Securities and Exchange Commission in January 2009, no publicly held company owns more than 10% of Apple's outstanding common stock.

Dated: April 8, 2009              SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP

                                          By:  /s/ Clyde M. Siebman
                                          Clyde M. Siebman
                                          Federal Courthouse Square
                                          300 North Travis Street
                                          Sherman, Texas 75090
                                          Phone: (903) 870-0070
                                          Fax: (903) 870-0066

                                          *Attorneys for Defendant Apple Inc.*

Federal Courthouse Square, 300 North Travis Street, Sherman, Texas 75090

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of April, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                By:    */s/* Clyde M. Siebman
                      Clyde M. Siebman