IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

TRANSFER ORDER

CIVIL CASES ASSIGNED TO JUDGE MICHAEL H. SCHNEIDER

Pursuant to 28 U.S.C. § 636, Referral Order MHS-72-1, and the Local Rules for the Assignment of Duties to United States Magistrate Judges, the following civil cases shall be reassigned to **UNITED STATES MAGISTRATE JUDGE AMOS MAZZANT**:

| CAUSE NO. | CASE NAME |
|---|---|
| 4:01cv374 | Ayres, et al v. US Gypsum Company, et al |
| 4:05cv465 | Digital Filing Systems LLC v. Agarwal, et al |
| 4:06cv141 | Reynolds v. Director TDCJ-ID |
| 4:06cv204 | Anderson v. Director TDCJ-ID |
| 4:06cv279 | West v. Director of TDCJ-CID |
| 4:06cv286 | Preston v. Director of TDCJ-CID |
| 4:06cv292 | Boydstun v. Director TDCJ |
| 4:06cv379 | Emeary v. USA |
| 4:06cv384 | Thulin v. Director TDCJ-CID |
| 4:06cv425 | Morgan v. Director TDCJ-CID |
| 4:06cv433 | Bourque v. Director, TDCJ-CID |
| 4:06cv471 | Williams v. Commissioner of SSA |
| 4:06mc22 | **SEALED** |

| | |
|---|---|
| 4:06mc23 | USA v. Legacy Bank, et al |
| 4:07cv113 | Erwin v. USA |
| 4:07cv143 | **SEALED** Croft, et al v. Socratic Learning, Inc., et al |
| 4:07cv163 | Sethi v. Director TDCJ-CID |
| 4:07cv217 | Williams v. USA |
| 4:07cv237 | Rath v. USA |
| 4:07cv258 | Griffin v. USA |
| 4:07cv262 | Langston v. Director, TDCJ-CID |
| 4:07cv282 | Rivera v. USA |
| 4:07cv310 | Kercher, et al v. United States of America |
| 4:07cv311 | Jimenez v. United States of America |
| 4:07cv327 | Smith v. Director, TDCJ-CID |
| 4:07cv342 | Busby v. Director, TDCJ-CID |
| 4:07cv374 | Gonzalez-Cortez v. USA |
| 4:07cv375 | USA v. 2003 Dodge Viper, et al |
| 4:07cv377 | Carillo v. USA |
| 4:07cv390 | Alonso v. USA |
| 4:07cv463 | Calvo v. USA |
| 4:07cv496 | Tarnawa v. USA |
| 4:07cv528 | Dawes v. USA |
| 4:07cv550 | Mitchell v. USA |
| 4:07cv573 | Doescher v. USA |
| 4:07cv578 | Knowles, et al v. USA, et al |
| 4:07cv591 | Coleman v. Director, TDCJ-CID |
| 4:07mc9 | G G Marck and Associates, Inc., et al v. Peng |
| 4:07mc49 | USA v. Chemins Company, et al |

| | |
|---|---|
| 4:08cv2 | Escamilla v. TWL Corporation, et al |
| 4:08cv3 | Loya v. Commissioner of SSA |
| 4:08cv15 | USA v. $3,756,920.61 |
| 4:08cv19 | Cunningham v. Director, TDCJ-CID |
| 4:08cv24 | Craig v. Commissioner of SSA |
| 4:08cv29 | Partin v. Commissioner of SSA |
| 4:08cv43 | Edington, et al v. Fannin County, et al |
| 4:08cv53 | Orozco v. USA |
| 4:08cv64 | Merchant v. USA |
| 4:08cv87 | Whittington v. Commissioner of SSA |
| 4:08cv110 | USA v. Boardwalk Motor Sports, Ltd. |
| 4:08cv113 | Needum v. Director, TDCJ-CID |
| 4:08cv116 | Whitaker v. Commissioner of SSA |
| 4:08cv131 | Johnson v. Director, TDCJ-ID |
| 4:08cv135 | Starnes v. Director, TDCJ-CID |
| 4:08cv136 | Rowland v. Director, TDCJ-CID |
| 4:08cv138 | USA v. Approximately $2,338,316.87, et al |
| 4:08cv142 | USA v. Billingsley, et al |
| 4:08cv144 | Jones v. Director, TDCJ-CID |
| 4:08cv147 | Dean v. Commissioner of SSA |
| 4:08cv150 | Anderson, et al v. U.S. Army Corps of Engineers |
| 4:08cv157 | Huffman v. Remstar International, Inc. |
| 4:08cv158 | Mitchell v. Director, TDCJ-CID |
| 4:08cv161 | Smith v. USA |
| 4:08cv167 | Ramirez v. USA |
| 4:08cv170 | Butler National Corporation, et al v. GE Infrastructure, Inc., et al |

| | |
|---|---|
| 4:08cv174 | Montes-Lopez v. USA |
| 4:08cv195 | Pack v. Commissioner of SSA |
| 4:08cv203 | Techsys Chassis, Inc. v. Sullair Corporation |
| 4:08cv208 | Thomas v. Abbott |
| 4:08cv212 | Heard v. CBS Mechanical Services, Inc., et al |
| 4:08cv222 | Jones v. Director, TDCJ-CID |
| 4:08cv223 | Bailey v. Commissioner of SSA |
| 4:08cv228 | State Farm Lloyds Ins. Co v. Applica Consumer Products, Inc. |
| 4:08cv235 | Needum v. Director, TDCJ-CID |
| 4:08cv243 | Lawyers Title Insurance Corp v. Doubletree Partners, L.P., et al |
| 4:08cv260 | O'Bryan v. Commissioner of SSA |
| 4:08cv263 | AS7 Cattle v. Austin |
| 4:08cv268 | McCloud v. Commissioner of SSA |
| 4:08cv271 | Goudeau v. USA |
| 4:08cv273 | Brown v. Commissioner of SSA |
| 4:08cv276 | Rice v. Director, TDCJ-CID |
| 4:08cv277 | Rice v. Director, TDCJ-CID |
| 4:08cv284 | Warrell, et al v. Aspen Exploration, Inc., et al |
| 4:08cv285 | Lake Texoma Highport, LLC v. Certain Underwriters at Lloyd's, et al |
| 4:08cv288 | Quinonez v. Town of Flower Mound, Texas |
| 4:08cv297 | Evans v. Potter |
| 4:08cv299 | Wagner v. Edemnify, LLC, et al |
| 4:08cv303 | Iturrino, et al v. Lender's First Choice Agency, Inc., et al |
| 4:08cv304 | Cason v. Director, TDCJ-CID |
| 4:08cv309 | Hussey v. Director, TDCJ-CID |
| 4:08cv312 | Stanford v. Commissioner of SSA |

| | |
|---|---|
| 4:08cv328 | Salazar v. North Texas UMS LLC, et al |
| 4:08cv332 | Sarr v. Director, TDCJ-CID |
| 4:08cv333 | Martinez v. Commissioner of SSA |
| 4:08cv344 | Giesler v. Ruiz Food Products, Inc. |
| 4:08cv346 | Labarbera et al v. State Farm Mutual Automobile Insurance Company |
| 4:08cv349 | Eppars v. Commissioner of SSA |
| 4:08cv353 | Alexander v. Director, TDCJ-CID |
| 4:08cv359 | Scarbrough v. USA |
| 4:08cv364 | Black v. Director, TDCJ-CID |
| 4:08cv366 | Morris v. USA |
| 4:08cv373 | Trustees of the IBEW Local Union No. 520 Annuity Fund v. Prestidge, et al |
| 4:08cv375 | Ivory v. Parkey, et al |
| 4:08cv377 | Allred v. Commissioner of SSA |
| 4:08cv381 | Clarke v. Director, TDCJ-CID |
| 4:08cv383 | Sandlin v. Schell |
| 4:08cv385 | Mass Financial Corp. v. AT&T Mobility, LLC |
| 4:08cv396 | Microsoft Corporation v. Ames Holding Corporation, et al |
| 4:08cv400 | Somers v. Commissioner of SSA |
| 4:08cv401 | Tan v. JC Penney Private Brands, Inc. |
| 4:08cv403 | Shubert v. Director, TDCJ-CID |
| 4:08cv404 | Beatty v. Commissioner of SSA, et al |
| 4:08cv411 | Hunter v. Warden Rupert |
| 4:08cv418 | Albert v. 362nd District Court, et al |
| 4:08cv422 | Harrington v. National Enterprise Systems, Inc., et al |
| 4:08cv423 | Wood, et al v. Wheaton Worldwide Moving Company |
| 4:08cv424 | Georgia Banking Company v. Certain Underwriters at Lloyd's London, et al |

| | |
|---|---|
| 4:08cv430 | Buss v. Commissioner of SSA |
| 4:08cv433 | Inclusive Communities Project, Inc. v. Town of Flower Mound, Texas |
| 4:08cv434 | Inclusive Communities Project, Inc v. City of McKinney, Texas, et al |
| 4:08cv439 | Shelldorf v. O'Bryan Brothers, Inc. |
| 4:08cv441 | Whisenhunt v. Commissioner of SSA |
| 4:08cv454 | Dust Free LP, et al v. Steril-Aire, Inc. |
| 4:08cv455 | McKenzie v. Commissioner of SSA |
| 4:08cv464 | Burnett v. Director, TDCJ-CID |
| 4:08cv465 | Thompson v. Commissioner of SSA |
| 4:08cv466 | Higgins v. Director TDCJ-CID |
| 4:08cv469 | WorldPak International LLC v. Diablo Valley Packaging, Inc. |
| 4:08cv472 | Garza v. Director, TDCJ-CID |
| 4:08cv473 | Tankersley v. Commissioner of SSA |
| 4:08cv476 | Nunes v. Director, TDCJ-CID |
| 4:08cv479 | Aleman-Ramirez v. USA |
| 4:08cv482 | Harmen v. Commissioner of SSA |
| 4:08cv484 | Cox v. Sonic Drive-In, Justin, TX, LLC, et al |
| 4:08cv485 | Doubletree Partners, LP v. Title Company, et al |
| 4:08cv486 | Gentry v. Commissioner of SSA |
| 4:08cv488 | Lindsey v. Commissioner of SSA |
| 4:08cv490 | Billings, et al v. Department of Veterans Affairs |
| 4:08cv491 | Dresser, Inc v. Rotork Controls, Inc. |
| 4:08mc3 | **SEALED** |
| 4:09cv1 | Connors v. City of McKinney, Texas, et al |
| 4:09cv2 | Brandon v. Shane, et al |
| 4:09cv3 | Rose v. Commissioner of SSA |

| | |
|---|---|
| 4:09cv7 | Aranda v. USA |
| 4:09cv11 | Gray, et al v. Home Depot USA, Inc. |
| 4:09cv17 | Flaherty v. Director, TDCJ-CID |
| 4:09cv20 | Egwim v. Inkcredibles, LLC |
| 4:09cv24 | Mercado v. Kenexa Strategic Outsourcing Corporation |
| 4:09cv25 | Cordsen Engineering GmbH v. Alliance Systems, Inc., et al |
| 4:09cv27 | Shilling v. Director, TDCJ-CID |
| 4:09cv28 | Shilling v. Director, TDCJ-CID |
| 4:09cv36 | Duran v. Director, TDCJ-CID |
| 4:09cv41 | L.E.K. Consulting, LLC v. Trace Life Sciences, Inc. |
| 4:09cv42 | Payne, et al v. Apple, Inc., et al |
| 4:09cv44 | Flanagan v. Wells Fargo Financial National Bank |
| 4:09cv47 | Texas Capital Bank, NA v. Tchalakov |
| 4:09cv52 | Propes v. City of Plano, et al |
| 4:09cv53 | Dockins v. Cigna Insurance Co., et al |
| 4:09cv55 | Propes v. City of Plano Police Department, et al |
| 4:09cv57 | Lineberry v. Stover, et al |
| 4:09cv61 | Twin Creeks Partners LP v. Kids R Kids, Inc. |
| 4:09cv62 | Watson v. Poulos Automotive Group, Inc. |
| 4:09cv63 | Guajardo v. Director, TDCJ-CID |
| 4:09cv64 | Assoun v. Capital Farm Credit, FLSA |
| 4:09cv68 | USA v. 300 Crosscreek Drive, Princeton, Texas 75407, et al |
| 4:09cv71 | Rodriguez, Jr. v. Commissioner of SSA |
| 4:09cv78 | Quickfilter Technologies, Inc. v. Oceana Sensor Technologies, Inc. |
| 4:09cv79 | Sanchez v. Commissioner of SSA |
| 4:09cv80 | Navarrete v. Sunbeam Products, Inc. |

| | |
|---|---|
| 4:09cv81 | Time Warner Entertainment Advance/Newhouse Partnership v. Lord & Lasher, Inc. |
| 4:09cv82 | Lamacchia-Parmer v. International Business Machines Corporation |
| 4:09cv89 | Van Alstyne ISD v. S, et al |
| 4:09cv92 | Thorpe v. Utility Masters, LLC |
| 4:09cv93 | Jones v. Hartford Life & Accident Insurance Co. |
| 4:09cv95 | Tyson v. Commissioner of SSA |
| 4:09cv99 | Owen Industries, Inc v. Glenn IHDE Company, et al |
| 4:09cv101 | Hernandez v. USA |
| 4:09cv103 | Adusumilli, et al v. Ravi, et al |
| 4:09cv104 | Ma v. Napolitano, et al |
| 4:09cv105 | WOW Green of Texas, LLC, et al v. Mona Vie, Inc., et al |
| 4:09cv108 | Urbina, et al v. Wright Lending, et al |
| 4:09cv112 | Hale v. Director, TDCJ-CID |
| 4:09cv113 | Moore v. Commissioner of SSA |
| 4:09cv114 | Vaughn v. Hopkins County Police Department |
| 4:09cv115 | Bartush-Schnitzius Foods Company v. Thermo-Fisher Scientific, Inc., et al |
| 4:09cv116 | Rawson v. Director, TDCJ-CID |
| 4:09cv118 | Beal Service Corporation v. Open Solutions, Inc. |
| 4:09cv120 | Howard v. SmithKline Beecham Corporation |
| 4:09cv121 | United Communications Systems, Inc v. Pyramid Comm. Services, Inc. |
| 4:09cv122 | Video Plus, L.P. v. Fuel Freedom International, LLC |
| 4:09cv128 | Pierce v. Central Freight Lines, Inc. |
| 4:09cv129 | Goodman v. Hopkins County Police Department |
| 4:09cv132 | Coleman v. Commissioner of SSA |
| 4:09cv136 | Chaucer Syndicates, Ltd v. Garcha Corporation, et al |
| 4:09cv137 | Brody v. Commissioner of SSA |

| 4:09cv139 | Trust, et al v. First United Bank & Trust Co. |
| --- | --- |
| 4:09cv141 | Stewart v. Marrun |
| 4:09cv142 | North American Cargo, Ltd v. Epicor Software Corporation |
| 4:09cv146 | Stokes v. USA |
| 4:09cv149 | Coye v. The City of Frisco, Texas, et al |
| 4:09cv150 | JPMorgan Chase Bank NA v. United States of America |
| 4:09cv157 | Valentine v. Director, TDCJ-CID |
| 4:09mc1 | Real Estate Disposition Corporation, et al v. JCR Enterprises, Inc., et al |
| 4:09mc4 | USA v. Jones |
| 4:09mc13 | USA v. Bryant |

**IT IS SO ORDERED.**

**SIGNED this 8th day of April, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE