# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **ALYCE R. PAYNE, ET AL.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | Case No. 4:09cv42 |
| § | (Judge Schneider/Judge Mazzant) |
| **APPLE, INC., ET AL.,** § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Apple, Inc.'s ("Apple") Expedited Motion for a Stay of the Proceedings (docket entry 18).

Apple seeks a stay pending a transfer decision by the Judicial Panel on Multidistrict Litigation. Plaintiffs do not oppose the stay, and Defendant AT&T Mobility, LLC ("ATTM") has indicated a neutral stance on the stay. However, it is represented in the Motion that ATTM agrees with transfer but argues for a different venue.

It is therefore **ORDERED** that the Expedited Motion of Apple for a Stay of the Proceedings is hereby **GRANTED** and the case is **STAYED** until further order of the Court.

**SIGNED this 15th day of April, 2009.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE