# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ALYCE R. PAYNE, WILLIAM FRENCH, KAREN MICHAELS, and LORNA HARRIS, on Behalf of Themselves and all Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC. and AT&T MOBILITY LLC, <br><br> *Defendant*. | CIVIL ACTION NO. 4:09-cv-00042 |

## NOTICE OF TRANSFER BY THE JUDICIAL PANEL
## ON MULTI-DISTRICT LITIGATION PURSUANT TO 28 U.S.C. § 1407

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 1, 2009, the Judicial Panel on Multidistrict Litigation (the "Panel") granted Defendant Apple Inc.'s motion for transfer and consolidation of this and eleven similar actions pursuant to 28 U.S.C. § 1407. The Panel's Transfer Order is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: July 6, 2009 | SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP |

By:   /s/ Clyde M. Siebman
Clyde M. Siebman
Federal Courthouse Square
300 North Travis Street
Sherman, Texas 75090
Telephone: (903) 870-0070
Telefax: (903) 870-0066

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of July, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

By:   */s/* Clyde M. Siebman
Clyde M. Siebman